IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TINA NICHOLE GARRETT, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:09cv720-MHT |
| | ) | (WO) |
| FIRST PREMIER BANK, a | ) | |
| foreign corporation, and | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, a foreign | ) | |
| limited liability company, | ) | |
| | ) | |
|     Defendants. | ) | |

### JUDGMENT

Pursuant to the notice of dismissal (Doc. No. 5), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Equifax Information Services, LLC, and the claims against it are dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 3rd day of September, 2009.

                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE